IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC.,<br><br>　　　　Defendants | CIVIL ACTION NO. 6:21-cv-00123<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO TRANSFER VENUE**

Before the Court is Plaintiff Gesture Technology Partners, LLC ("Plaintiff" or "GTP") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc.'s ("Defendants") Joint Motion requesting a stay of all relevant deadlines and an order transferring this action to the District of New Jersey under 28 U.S.C. § 1406(a). After due consideration, the Court finds that the request should be GRANTED.

IT IS HEREBY ORDERED that this action is stayed, and this action is transferred to the District of New Jersey. After transfer, the Clerk shall close the case.

SO ORDERED this 21st day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE