# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:21−cv−00123−ADA

| | |
|---|---|
| Gesture Technology Partners, LLC v. LG Electronics Inc. et al | Date Filed: 02/04/2021 |
| Assigned to: Judge Alan D Albright | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gesture Technology Partners, LLC**       represented by       **C. Matthew Rozier**
Rozier & Hardt, PLLC
2590 Walnut Street, Suite 10
Denver, CO 80205
(512) 588−3949
Email: matt@rh−trial.com
*TERMINATED: 06/15/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Ennis**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512−472−2700
Fax: 512−472−2728
Email: cennis@texaspolicy.com
*TERMINATED: 06/15/2021*
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
Williams Simons and Landis PLLC
327 Congress Avenue
Suite 490
Austin, TX 78701
512−543−1354
Email: johnw@wsltrial.com
*ATTORNEY TO BE NOTICED*

**Jonathan L. Hardt**
Rozier & Hardt PLLC
1105 Nueces Street, Ste A
Austin, TX 78701
2102897541
Email: hardt@rh−trial.com
*TERMINATED: 06/15/2021*
*ATTORNEY TO BE NOTICED*

**Michael Simons**
Williams Simons & Landis PLLC
327 Congress Ave., Suite 490
Austin, TX 78701

        512–543–1354
        Email: msimons@wsltrial.com
        *ATTORNEY TO BE NOTICED*

        **Todd E. Landis**
        Williams Simons & Landis PLLC
        2633 McKinney Ave., Suite 130
        Dallas, TX 75204
        512–543–1354
        Email: tlandis@wsltrial.com
        *ATTORNEY TO BE NOTICED*

        **Fred I. Williams**
        Williams Simons & Landis PLLC
        327 Congress Ave., Suite 490
        Austin, TX 78701
        512–543–1354
        Email: fwilliams@wsltrial.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Electronics Inc.**    represented by    **John Michael Guaragna**
        DLA Piper LLP (US)
        303 Colorado Street
        Suite 3000
        Austin, TX 78701
        (512) 457–7125
        Fax: 512/457–7001
        Email: john.guaragna@dlapiper.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Matthew Satchwell**
        DLA Piper LLP (US)
        444 West Lake Street, Suite 900
        Chicago, IL 60606–0089
        (312) 368–4000
        Fax: (312) 236–7516
        Email: matthew.satchwell@dlapiper.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Paul R. Steadman**
        DLA Piper LLP (US)
        444 West Lake Street, Suite 900
        Chicago, IL 60606
        (312) 368–4000
        Fax: (312) 236–7516
        Email: paul.steadman@dlapiper.com
        *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Lim**
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368–4000
Fax: (312) 236–7516
Email: stephanie.lim@us.dlapiper.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics U.S.A., Inc.**  represented by  **John Michael Guaragna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Satchwell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul R. Steadman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Lim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/19/2020 | Ï 5 | Standing Order Regarding Notice of Readiness v2.1. Signed by Judge Alan D Albright. (am) (Entered: 02/05/2021) |
| 02/04/2021 | Ï 1 | COMPLAINT *Against LG Electronics Inc. and LG Electronics U.S.A., Inc.* ( Filing fee $ 402 receipt number 0542–14454208), filed by Gesture Technology Partners, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Williams, Fred) (Entered: 02/04/2021) |
| 02/04/2021 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Williams, Fred) (Entered: 02/04/2021) |
| 02/04/2021 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Gesture Technology Partners, LLC. (Williams, Fred) (Entered: 02/04/2021) |

| | | |
|---|---|---|
| 02/04/2021 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Gesture Technology Partners, LLC. (Williams, Fred) (Entered: 02/04/2021) |
| 02/05/2021 | Ï 6 | Summons Issued as to LG Electronics U.S.A., Inc.. (am) (Entered: 02/05/2021) |
| 02/05/2021 | Ï 7 | Summons Issued as to LG Electronics Inc.. (am) (Entered: 02/05/2021) |
| 02/05/2021 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (am) (Entered: 02/05/2021) |
| 02/12/2021 | Ï 10 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/25/2021) |
| 02/17/2021 | Ï 8 | MOTION to Appear Pro Hac Vice by Fred I. Williams *on behalf of C. Matthew Rozier* ( Filing fee $ 100 receipt number 0542−14494562) by on behalf of Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Williams, Fred) (Entered: 02/17/2021) |
| 02/25/2021 | Ï 9 | Agreed MOTION for Extension of Time to File Answer *to Complaint* by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Williams, Fred) (Entered: 02/25/2021) |
| 02/26/2021 | Ï | Text Order GRANTING 8 Motion to Appear Pro Hac Vice for Attorney C. Matthew Rozier for Gesture Technology Partners, LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 02/26/2021) |
| 04/07/2021 | Ï | Text Order GRANTING 9 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion to extend the time for Defendants to Answer. The Court GRANTS the Motion. Defendants shall have up to and including May 27, 2021 to answer or otherwise respond to Plaintiff's Complaint. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 04/07/2021) |
| 04/21/2021 | Ï 11 | Unopposed MOTION to Withdraw as Attorney by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Ennis, Chad) (Entered: 04/21/2021) |
| 05/26/2021 | Ï 12 | Agreed MOTION for Extension of Time to File Answer *to Complaint* by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Williams, Fred) (Entered: 05/26/2021) |
| 06/11/2021 | Ï 13 | Agreed MOTION for Extension of Time to File Answer *to Complaint* by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Williams, Fred) (Entered: 06/11/2021) |
| 06/11/2021 | Ï 14 | Unopposed MOTION to Withdraw as Attorney by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Hardt, Jonathan) (Entered: 06/11/2021) |
| 06/11/2021 | Ï 15 | Unopposed MOTION to Withdraw as Attorney by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Rozier, C.) (Entered: 06/11/2021) |
| 06/15/2021 | Ï | Text Order GRANTING 11 Motion to Withdraw as Attorney. Came on for consideration is Plaintiffs Motion to Allow Chad Ennis (Mr. Ennis) to Withdraw As Counsel. Noting that it is unopposed, the Court GRANTS the motion. It is therefore ORDERED that Mr. Ennis is hereby withdrawn as counsel of record for Plaintiffs. It is further ORDERED that the docket be amended to |

| | | |
|---|---|---|
| | | reflect that Mr. Ennis has withdrawn as counsel for Plaintiffs and no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/15/2021) |
| 06/15/2021 | Ï | Text Order GRANTING 14 Motion to Withdraw as Attorney. Came on for consideration is Plaintiffs Motion to Allow Jonathan L. Hardt (Mr. Hardt) to Withdraw As Counsel. Noting that it is unopposed, the Court GRANTS the motion. It is therefore ORDERED that Mr. Hardt is hereby withdrawn as counsel of record for Plaintiffs. It is further ORDERED that the docket be amended to reflect that Mr. Hardt has withdrawn as counsel for Plaintiffs and no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/15/2021) |
| 06/15/2021 | Ï | Text Order GRANTING 15 Motion to Withdraw as Attorney. Came on for consideration is Plaintiffs Motion to Allow C. Matthew Rozier (Mr. Rozier) to Withdraw As Counsel. Noting that it is unopposed, the Court GRANTS the motion. It is therefore ORDERED that Mr. Rozier is hereby withdrawn as counsel of record for Plaintiffs. It is further ORDERED that the docket be amended to reflect that Mr. Rozier has withdrawn as counsel for Plaintiffs and no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/15/2021) |
| 06/16/2021 | Ï 16 | NOTICE of Attorney Appearance by John Michael Guaragna on behalf of LG Electronics Inc., LG Electronics U.S.A., Inc.. Attorney John Michael Guaragna added to party LG Electronics Inc.(pty:dft), Attorney John Michael Guaragna added to party LG Electronics U.S.A., Inc.(pty:dft) (Guaragna, John) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 17 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Matthew D. Satchwell* ( Filing fee $ 100 receipt number 0542−14917537) by on behalf of LG Electronics Inc., LG Electronics U.S.A., Inc.. (Guaragna, John) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 18 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Paul R. Steadman* ( Filing fee $ 100 receipt number 0542−14917564) by on behalf of LG Electronics Inc., LG Electronics U.S.A., Inc.. (Guaragna, John) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 19 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Stephanie Lim* ( Filing fee $ 100 receipt number 0542−14917583) by on behalf of LG Electronics Inc., LG Electronics U.S.A., Inc.. (Guaragna, John) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 20 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, *or Otherwise Respond* by LG Electronics Inc., LG Electronics U.S.A., Inc.. (Attachments: # 1 Proposed Order)(Guaragna, John) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 21 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/23/2021 | Ï | Text Order GRANTING 17 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/23/2021) |

| | | |
|---|---|---|
| 06/23/2021 | Ï | Text Order GRANTING 18 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/23/2021) |
| 06/23/2021 | Ï | Text Order GRANTING 19 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/23/2021) |
| 06/23/2021 | Ï 22 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, *or Otherwise Respond* by LG Electronics Inc., LG Electronics U.S.A., Inc.. (Attachments: # 1 Proposed Order)(Guaragna, John) (Entered: 06/23/2021) |
| 06/30/2021 | Ï | Text Order GRANTING 22 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including July 2, 2021 to answer or otherwise respond to Plaintiff's Complaint. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/30/2021) |
| 06/30/2021 | Ï | Reset Deadlines: LG Electronics Inc. and LG Electronics U.S.A., Inc. answer due 7/2/2021. (lad) (Entered: 06/30/2021) |
| 07/02/2021 | Ï 23 | Opposed MOTION to Transfer Case *Defendant LG's Opposed Motion to Transfer Venue* by LG Electronics Inc., LG Electronics U.S.A., Inc.. (Attachments: # 1 Exhibit Exhibit to Motion to Transfer, # 2 Affidavit Yoon Declaration)(Satchwell, Matthew) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 24 | *LG Electronics Inc.'s Answer and Defenses* ANSWER to 1 Complaint, *for Patent Infringement* by LG Electronics Inc., LG Electronics U.S.A., Inc..(Satchwell, Matthew) (Entered: 07/02/2021) |
| 07/09/2021 | Ï 25 | NOTICE of Filing Case Readiness Status Report by Gesture Technology Partners, LLC (Williams, Fred) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 26 | NOTICE *of Venue and Jurisdictional Discovery Regarding Defendant LG's Opposed Motion to Transfer Venue* by Gesture Technology Partners, LLC (Williams, Fred) (Entered: 07/09/2021) |
| 08/06/2021 | Ï 27 | Proposed Scheduling Order *Agreed* by Gesture Technology Partners, LLC. (Williams, Fred) (Entered: 08/06/2021) |
| 10/08/2021 | Ï 28 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 10/18/2021 | Ï 29 | NOTICE *of Change of Deadline* by Gesture Technology Partners, LLC (Simons, Michael) (Entered: 10/18/2021) |

| | | |
|---|---|---|
| 10/20/2021 | 30 | STIPULATION by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Simons, Michael) (Entered: 10/20/2021) |
| 10/20/2021 | 31 | DEFICIENCY NOTICE: re 30 Stipulation (ir) (Entered: 10/21/2021) |
| 10/21/2021 | 32 | CORRECTED MOTION to Transfer Case by Gesture Technology Partners, LLC. (Attachments: # 1 Proposed Order)(Simons, Michael) (Entered: 10/21/2021) |
| 10/21/2021 | 33 | ORDER GRANTING 32 MOTION TO TRANSFER VENUE. IT IS HEREBY ORDERED that this action is stayed, and this action is transferred to the District of New Jersey. After transfer, the Clerk shall close the case. Signed by Judge Alan D Albright. (ir) (Entered: 10/22/2021) |