**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

Gesture Technology Partners, LLC

                            Plaintiff,

v.                                          Case No.: 2:21−cv−19234−JMV−JBC

LG Electronics Inc, et al.

                            Defendant.

**Dear John Wittenzellner, Todd E. Landis, Fred Williams, and John Guaragna:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                              Very truly yours,

                                              William T. Walsh, Clerk
                                              By Deputy Clerk, jr