Liza M. Walsh
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-19234 (JMV-JBC)<br><br>**NOTICE OF MOTION TO STAY PENDING *INTER PARTES* REVIEW**<br><br>**Return Date: December 20, 2021**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on December 20, 2021, or as soon thereafter as counsel can be heard, the undersigned counsel for Defendants LG Electronics, Inc. ("LGE") and LG Electronics USA, Inc. ("LGE USA") (collectively, "Defendants"), shall move before the Honorable John Michael Vazquez, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order granting Defendants' Motion to Stay Pending *Inter Partes* Review.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, Declaration of Liza M. Walsh with

Exhibits annexed thereto, and any subsequent reply submissions, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE THAT** a Proposed Order is also submitted for the Court's consideration.

| | |
|---|---|
| Dated: November 24, 2021 | Respectfully submitted, |
| | *s/Liza M. Walsh* |
| | Liza M. Walsh |
| | William T. Walsh, Jr. |
| | WALSH PIZZI O'REILLY FALANGA LLP |
| | Three Gateway Center |
| | 100 Mulberry Street, 15th Floor |
| | Newark, NJ 07102 |
| | Tel.: (973) 757-1100 |
| | |
| | *Of Counsel* (to be admitted *pro hac vice*): |
| | Matthew Satchwell |
| | DLA Piper LLP (US) |
| | 444 West Lake Street, Suite 900 |
| | Chicago, Illinois 60606 |
| | (312) 368-4000 |
| | |
| | Martin Ellison |
| | DLA Piper LLP (US) |
| | 2000 Avenue of the Stars, Suite 400 |
| | North Tower |
| | Los Angeles, California 90067 |
| | (310) 595-3000 |
| | |
| | *Attorneys for Defendants* |