Liza M. Walsh
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Civil Action No. 2:21-cv-19234 (JMV-JBC)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To:   William T. Walsh, Clerk
      United States District Court for the District of New Jersey
      Martin Luther King, Jr. Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that William T. Walsh, Jr. of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc., and requests that copies of all papers in this action be served upon the undersigned.

                                                WALSH PIZZI O'REILLY FALANGA LLP

Dated: November 24, 2021                        By: *s/William T. Walsh, Jr.*
                                                     William T. Walsh, Jr.