# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GESTURE TECHNOLOGY PARTNERS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**LG ELECTRONICS, INC., et al.,**<br><br>**Defendants.** | **Civil Action No. 21-19234 (JMV)**<br><br>**ORDER** |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse himself; and good cause appearing;

**IT IS** on this 6th day of December, 2021,

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by the Honorable Michael A. Hammer, U.S.M.J.

*s/James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**

Original:    Clerk
cc:          Hon. John Michael Vazquez, U.S.D.J.
             Hon. Michael A. Hammer, U.S.M.J.
             File