

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

December 14, 2021

<u>**BY ECF**</u>

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey  07101

    Re:    Gesture Technology Partners, LLC v. LG Electronics, Inc., et al.
             Civil Action No. 20 CV 19234 (NLH) (AMD)

Dear Judge Vazquez:

    This firm, along with Williams Simons & Landis PLLC, represents Plaintiff, Gesture Technology Partners, LLC in the above-referenced matter.  Defendants have filed a motion to stay pending *inter parties* review (ECF No. 39), which is currently returnable on December 20, 2021.

    The parties have met and conferred and Defendants consent to the following briefing schedule for the motion:

- Plaintiff's Opposition papers due –    January 7, 2022
- Defendants' Reply papers due –    January 21, 2022

    If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.

    We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                                         Respectfully submitted,

                                         s/ James S. Richter

                                         James S. Richter

Cc:    All Counsel of Record





Honorable John Michael Vazquez, U.S.D.J.            December 14, 2021
                                                                                                              Page 2

SO ORDERED:

_____            Dated: December \_\_\_\_, 2021
Honorable John Michael Vazquez, U.S.D.J.

