

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 29, 2022

**VIA ECF**
Honorable John M. Vasquez, U.S.D.J.
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Gesture Technology Partners, LLC v. LG Electronics Inc. et al.*
            Civil Action No: 21-cv-19234-JMV-MAH

Dear Judge Vasquez and Judge Hammer:

      This firm, together with DLA Piper LLP, represents Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (collectively, "LG") in the above-referenced matter. We write to provide the Court with additional information regarding the status of pending petitions for *inter partes* review before the United States Patent Trial and Appeal Board ("PTAB") referenced in LG's pending Motion to Stay. (ECF No. 39). On March 17, 2022, the PTAB instituted IPR proceedings on all the asserted claims of U.S. Patent Nos. 8,194,924, 8,553,079, and 7,933,431.[1] The PTAB also granted LG's request for joinder with the ongoing Apple IPRs associated with the same patents, thereby making it likely that the IPR proceedings will conclude by year-end. The PTAB's decisions are attached hereto as Exs. A-C. Accordingly, LG respectfully submits that based on the foregoing, as well as for the reasons set forth in its Opening and Reply Briefs in Support of its Motion to Stay, (ECF Nos. 39 and 47), the Court should grant LG's motion and stay this case pending the PTAB's *inter partes* review of the four asserted patents.

      We thank the Court for its attention to this matter and are available should Your Honors or Your Honors' staff have any questions.

                                          Respectfully submitted,

                                          *s/Liza M. Walsh*

                                          Liza M. Walsh

cc: Counsel of Record (via ECF and Email)

---

[1] LG's IPR petition for the fourth patent-in-suit, U.S. Patent No. 8,878,949, remains pending.