

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 19, 2022

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Gesture Technology Partners, LLC v. LG Electronics Inc. et al.*
              Civil Action No: 21-cv-19234-EP-MAH

Dear Judge Hammer:

      This firm, together with DLA Piper LLC, represents Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (collectively, "LGE") in the above-referenced matter. We write, together with Plaintiff Gesture Technology Partner, LLC, ("GTP") concerning the deadline to advise the Court of the status of the pending Inter Partes Review ("IPR") proceedings. (ECF No. 51). As the Court knows, within fourteen days of resolution of the IPR proceedings, the parties are to submit a joint status report and a proposed amended scheduling order. (*Id.*) While the Patent Trial and Appeal Board issued its final written decision concerning the patents-at-issue on December 5, 2022—fourteen days ago—the parties require additional time to prepare the status report to Your Honor. Accordingly, the parties respectfully request that the deadline to provide the status report be extended until December 23, 2022. If the foregoing request is acceptable to the Court, we ask that Your Honor "So Order" this letter below and have it entered on the Court's docket.

      We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

                            Respectfully submitted,

                            *s/Liza M. Walsh*

                            Liza M. Walsh

cc: Counsel of Record (via ECF and Email)

SO ORDERED:

_____
Hon. Michael A. Hammer, U.S.M.J