

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 7, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Gesture Technology Partners, LLC v. LG Electronics Inc., et al.*
   **Civil Action No: 2:21-cv-19234 (EP) (MAH)**

Dear Judge Hammer:

This firm, together with DLA Piper LLP, represents Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively "LGE") in the above-referenced matter. In view of the resetting of the Telephonic Status Conference in this case to April 13, 2023, we write on behalf of all parties to respectfully request a one-week extension of the deadlines for LGE to serve its Disclosures of Non-Infringement Contentions and Invalidity Contentions and for Plaintiff to serve its Response to Invalidity Contentions.

Pursuant to the Court's March 31, 2023 Order, the current deadline for LGE to serve its Disclosures of Non-Infringement Contentions and Invalidity Contentions is April 10, 2023 and for Plaintiff to serve its Response to Invalidity Contentions is April 24, 2023 (D.E. 81). With the requested extension, the new deadlines would be April 17, 2023 and May 1, 2023, respectively. No other deadlines would be impacted by this request.

We appreciate the Court's consideration of this request and, should the extension be acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

s/*Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

SO ORDERED:

_____
Hon. Michael A. Hammer, U.S.M.J.