## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **GESTURE TECHNOLOGY PARTNERS, LLC,** | : | **Civil Action No. 21-19234 (JMV) (MAH)** |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **LG ELECTRONICS INC., and LG ELECTRONICS U.S.A., INC.,** | : | **ORDER** |
| | : | |
| **Defendants.** | : | |

This matter having come before the Court by way of Defendants' March 17, 2023 letter, D.E. 72, and Plaintiff's March 24, 2023 letter, D.E. 73;

and the Court having heard oral argument, on the record, from the parties on April 13, 2023;

and the Court having considered the status of these proceedings, the position and arguments of the parties, and the applicable law;

and for the reasons set forth on the record at the conclusion of the parties' arguments on April 13, 2023;

and for good cause having been shown,

**IT IS on this 13th day of April 2023**,

**ORDERED** that this matter is stayed pending resolution of the appeals of the IPR and reexamination proceedings before the Patent Trial and Appeal Board; and it is further

**ORDERED** that not later than **October 13, 2023**, the parties shall file a joint status

report that: (1) explains the status of each of the appeals; and (2) if not all appeals have been decided at that time, each party's position on whether this Court should lift the stay in whole or part.

*s/ Michael A. Hammer*
**United States Magistrate Judge**