

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

January 16, 2024

<u>BY ECF</u>
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Gesture Technology Partners, LLC v. LG Electronics, Inc.*, et al.
      Civil Action No. 21 CV 19234 (EP) (MAH)

Dear Judge Hammer:

  This firm, along with Williams Simons & Landis PLLC, represents Plaintiff Gesture Technology Partners, LLC ("GTP") in the above-referenced matter. Please accept this letter on behalf of GTP and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") (collectively, the "Parties") as a proposed scheduling order and three agreed upon dates for a teleconference pursuant to Your Honor's January 3, 2024 Order (D.E. 89).

  In accordance with this Court's January 3, 2024 Order (D.E. 89), this schedule concerns only litigation regarding claim 4 of the '949 patent. Should the Court grant GTP's motion for leave to amend its February 17, 2023 infringement contentions, the parties respectfully request leave to amend the deadlines.



Honorable Michael A. Hammer, U.S.M.J.  January 16, 2024
                                                                                                                                Page 2

## I.  Proposed Scheduling Order

| Event | Proposed Deadlines |
|---|---|
| GTP's Motion to Amend Infringement Contentions<br>*D.E. 89 at fn. 5* | January 26, 2024 |
| LGE's Response to GTP's Motion to Amend Infringement Contentions | February 9, 2024 |
| GTP's Reply in Support of its Motion to Amend Infringement Contentions | February 16, 2024 |
| Non-Infringement Contentions<br>*L. Pat. R. 3.2A* | March 12, 2024 |
| Invalidity Contentions<br>*L. Pat. R. 3.3* | March 12, 2024 |
| Response to Invalidity Contentions<br>*L. Pat. R. 3.4A* | March 26, 2024 |
| Exchange of Proposed Terms for Construction<br>*L. Pat. R. 4.1* | April 5, 2024 |
| Deadline for Defendant to file dispositive motion challenging '949 patent pursuant to 35 U.S.C. § 101[1] | April 15, 2024 |
| Exchange of Preliminary Claim Constructions; Exchange Intrinsic and Extrinsic Evidence<br>*L. Pat. R. 4.2(a) and 4.2(b)* | April 19, 2024 |
| Exchange Intrinsic and Extrinsic Evidence that Each Party Intends to Rely Upon to Oppose Another Party's Construction<br>*L. Pat. R. 4.2(c)* | April 26, 2024 |
| Deadline for Plaintiff to file response to dispositive motion challenging '949 patent pursuant to 35 U.S.C. § 101 | April 29, 2024 |

---

[1] Plaintiff GTP opposes a motion under 35 U.S.C. § 101 but does not oppose the date for filing the motion.



Honorable Michael A. Hammer, U.S.M.J.  January 16, 2024
                                                          Page 3

| | |
|---|---|
| Deadline for parties to meet and confer to narrow claim construction issues | May 1, 2024 |
| Deadline for Defendant to file reply in support to dispositive motion challenging '949 patent pursuant to 35 U.S.C. § 101 | May 6, 2024 |
| Joint Claim Construction and Prehearing Statement and Expert Reports<br>*L. Pat. R. 4.3* | May 8, 2024 |
| Completion of Claim Construction Discovery<br>*L. Pat. R. 4.4* | May 30, 2024 |
| Defendant to serve Claim Construction Opening brief | June 6, 2024 |
| Plaintiff to serve Responsive Claim Construction Briefs | June 20, 2024 |
| Claim Construction Hearing<br>*L. Pat. R. 4.6* | Counsel to confer pursuant to the local rule on June 27, 2024 |
| Substantial Completion of Document Production | June 28, 2024 |
| Expert Witness Discovery Deadline on Claim Construction<br>*L. Pat. R. 4.5(b)* | July 3, 2024 |
| Fact Discovery Deadline | July 30, 2024 |
| Proposed date for settlement conference | TBD – July – August 2025, subject to the Court's availability |
| Opening Expert Reports | August 28, 2024 |
| Rebuttal Expert Reports | October 3, 2024 |
| Reply Expert Reports | October 24, 2024 |
| All Expert Discovery | November 14, 2024 |
| Deadline to File Dispositive Motions | December 5, 2024 |
| Submit Final Pretrial Order | January 2, 2025 |
| Pretrial Conference | TBD |



Honorable Michael A. Hammer, U.S.M.J.  January 16, 2024
Page 4

| Trial | TBD |
|---|---|

**II.     Three Agreed-Upon Dates for a Telephone Conference**

The Parties agree on the following dates for a telephone conference: January 23, January 24, and January 25.

We thank Your Honor for your continued attention to this matter. Should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

s/ James S. Richter

James S. Richter

Cc:     All Counsel of Record (via ECF and Email)

