UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **GESTURE TECHNOLOGY PARTNERS, LLC,** | : : : : | **Civil Action No. 21-19234 (EP) (MAH)** |
| Plaintiff, | : : | |
| v. | : : | |
| **LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,** | : : : : | **SCHEDULING ORDER** |
| Defendants. | : : : | |

This matter having come before the Court by way of the parties' January 16, 2024 proposed scheduling order [D.E. 90];

and the Court having held a conference with the parties held on the record on January 22, 2024 to discuss the proposal;

IT IS on this **22nd day of January 2024**,

**ORDERED** that:

A.   The '530 Patent

1.   Plaintiff shall file any motion to amend infringement contentions on or before **January 26, 2024**.

2.   Defendant shall file any opposition or other response to Plaintiff's motion to amend its infringement contentions by **February 9, 2024**.

3.   Plaintiff shall file any reply in further support of its motion to amend its infringement contentions by **February 16, 2024**.

   B. <u>The '949 Patent, Claim 4</u>

   4. Pursuant to Local Patent Rule 3.2A, non-infringement contentions shall be served by **March 12, 2024**.

   5. Pursuant to Local Patent Rule 3.3, invalidity contentions shall be served by **March 12, 2024.**

   6. Pursuant to Local Patent Rule 3.4A, responses to invalidity contentions shall be served by **March 26, 2024**.

   7. Defendant shall serve on Plaintiff any motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) challenging the '949 Patent on or before **April 15, 2024.**

   8. Plaintiff shall serve on Defendant any opposition or other response to Defendant's Rule 12(c) motion on or before **April 29, 2024**.

   9. Defendant shall file the moving, opposition and reply papers for the Rule 12(c) motion on or before **May 6, 2024**, and serve a copy of the reply on Plaintiff.

   10. Claim construction proceedings are held in abeyance pending further Order of the Court.

   11. Notwithstanding the foregoing motions, the parties are directed to meet and confer on agreeing upon a schedule to complete any and all discovery remaining for Claim 4 of the '949 patent. The parties shall submit an agreed-upon schedule for the completion of such discovery, by **February 2, 2024.**

               *s/ Michael A. Hammer*
               **United States Magistrate Judge**