

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 12, 2024

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Gesture Technology Partners, LLC v. LG Electronics Inc., et al.*
     **Civil Action No.: 2:21-cv-19234 (EP-MAH)**

Dear Judge Hammer:

  This firm, together with DLA Piper LLP, represents Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively "LGE") in the above-referenced matter.

  We write to respectfully request that the Court unseal the Letter from Liza M. Walsh to Hon. Michael A. Hammer, U.S.M.J. and Exhibits A-D that were filed under seal by LGE on June 6, 2024 (D.E. 104). The Letter and Exhibits A-D were filed under seal out of an abundance of caution because it was believed the submission may contain confidential information. However, we have confirmed that the submission does not contain any confidential information and may be filed publicly.

  Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 104. Thank you for Your Honor's continued attention to and assistance in this matter.

               Respectfully submitted,

               *s/Liza M. Walsh*

               Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

SO ORDERED this ____ day of ____, 2024.

_____
Honorable Michael A. Hammer, U.S.M.J.