

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

June 17, 2024

**BY ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Gesture Technology Partners, LLC v. LG Electronics, Inc.*, et al.
      *Civil Action No. 21 CV 19234 (EP) (MAH)*

Dear Judge Hammer:

  This firm, along with Williams Simons & Landis PLLC, represents Plaintiff Gesture Technology Partners, LLC ("GTP") in the above-referenced matter. Pursuant to Your Honor's June 6, 2024 Text Order (EF No. 105), the parties are required to submit a joint submission on or before June 24, 2024 regarding the pending discovery dispute. We are writing to respectfully request a short extension of that deadline to June 28, 2024. The undersigned is scheduled to be out of the office on vacation between June 19 and 26. We have conferred with Defendants' counsel, who consent to this request.

  If this is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter where indicated below.

  We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

            Respectfully submitted,

            s/ James S. Richter

            James S. Richter

Cc: All Counsel of Record (via ECF and Email)

SO ORDERED:

_____     Dated: June _____, 2024
Honorable Michael A. Hammer, U.S.M.J.

