**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 14, 2025

**BY ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *Gesture Technology Partners, LLC v. LG Electronics, Inc.*, et al.
       Civil Action No. 21 CV 19234 (SRC) (MAH)

Dear Judge Hammer:

  This firm, along with Williams Simons & Landis PC, represents Plaintiff Gesture Technology Partners, LLC ("GTP") in the above-referenced matter. Please accept this letter on behalf of GTP and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") (collectively, the "Parties") as a joint status letter pursuant to Your Honor's December 31 2024 Order (Dkt. No. 151).

  **I.** **Status of the Patents**

  The patents included in GTP's February 27, 2023 L. Pat. R. 3.1 Infringement Contentions are U.S. Patent Nos. 8,194,924 ("the '924 patent"), 7,933,431 ("the '431 patent"), 8,878,949 ("the '949 patent"), and 7,804,530 ("the '530 patent"). *See* Dkt. No. 93-2. On April 13, 2023 the Court "stayed this matter pending resolution of the appeals of the IPR and reexamination proceedings." Dkt. No. 86. On January 3, 2024 the Court lifted the stay as to claim 4 of the '949 patent. Dkt.

Honorable Michael A. Hammer, U.S.M.J.
January 14, 2025
Page 2

No. 89.  Seven appeals are pending against three of the four patents.  Specifically, there are pending appeals regarding the '924 patent, the '431 patent, and the '949 patent.  There are no pending appeals against the '530 patent but the Court has decided that the '530 patent is not in this case.  *See* Dkt Nos. 124, 125, and 144.

The following chart shows the final written decision outcomes from the IPRs and the status of the appeals pending before the Court of Appeals for the Federal Circuit ("CAFC") for the '924 patent, the '431 patent, and the '949 patent.

| Patent-at-Issue | CAFC Appeal Number (IPR Number) | Final Written Decision Outcome | Asserted Claims in this Litigation | Asserted Claims Not Found to Be Unpatentable | Current Status of the Appeal to the CAFC |
|---|---|---|---|---|---|
| U.S. 7,933,431 | CAFC 23-1475 (IPR2021-00920) and CAFC 23-1444 (IPR2021-00917) | Challenged claims 1-10, 12, and 14-31 found unpatentable.  Challenged claims 11 and 13 not found unpatentable. | 11 and 13 | 11 and 13[1] | Awaiting decision. Oral argument held on December 4, 2024. |
| U.S. 8,878,949 | CAFC 23-1501 (IPR2021-00921) | Challenged claims 1-3, 5-10, and 12-17 found unpatentable.  Challenged claims 4, 11, and 18 not found unpatentable. | 4, 11, and 18 | 4, 11, and 18 | Awaiting decision. Oral argument held on December 6, 2024. |

---

[1] *Unified Patents, LLC v. Gesture Technology Partners, LLC*, IPR2021-00917, was also instituted by the PTAB, and challenged asserted claims of the '431 Patent.  Claims 10, 11, and 13 were not found unpatentable in that IPR in a Final Written Decision that issued on November 21, 2022.

Honorable Michael A. Hammer, U.S.M.J.
January 14, 2025
Page 3

| U.S. 8,194,924 | CAFC 23-1494 (IPR2021-00923) | No challenged claims found unpatentable | 1-10, 12, and 14 | 1-10, 12, and 14 | Awaiting decision. Oral argument held on December 4, 2024. |

In addition to the appeals of the IPRs, appeals of *ex parte* reexaminations are pending. The following chart shows the outcomes of those Final Office Actions, decision on appeal to PTAB, and the status of appeal to the CAFC for the '924 patent, the '431 patent, and the '949 patent.

| Patent-at-Issue | Reexamination Number | Claim Status in Final Office Action | Asserted Claims in this Litigation | Asserted Claims Not Found to Be Unpatentable | Current Status of the Appeal to the CAFC |
|---|---|---|---|---|---|
| U.S. 8,878,949 | 90/014,903 | Claims 8-18 finally rejected as unpatentable. Claims 1-7 confirmed. | 4, 11, and 18 | 4 | Awaiting decision. Oral argument held on December 6, 2024. |
| U.S. 8,194,924 | 90/014,902 | All claims finally rejected as unpatentable. | 1-10, 12, and 14 | None. | Briefing complete. Awaiting oral argument date. |
| U.S. 7,933,431 | 90/014,901 | All claims finally rejected as unpatentable | 11 and 13 | None. | Opening brief due January 27, 2025. |

In short, there are seven pending appeals before the CAFC. Five of the appeals have completed oral arguments and are awaiting decisions from the CAFC, one appeal has been fully briefed and is awaiting a date for oral argument, and one appeal will begin briefing on January 27, 2025. In addition to these seven appeals, there is another pending litigation involving GTP's

Honorable Michael A. Hammer, U.S.M.J.
January 14, 2025
Page 4

patents, including claim 4 of the '949 patent, against Apple Inc. in the Northern District of California. *See Gesture Technology Partners, LLC v. Apple Inc.*, Case No. 4:22-cv-04806 (N.D. Cal.)

    GTP and LG propose that the matter be stayed until decisions are reached in all of the aforementioned pending proceedings. If this is acceptable to Your Honor, we respectfully request that Your Honor sign the below form of endorsement.

    We thank Your Honor for your continued attention to this matter. Should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Cc:    All Counsel of Record (via ECF and Email)

SO ORDERED this ____ day of _____, 2025.

_____
Honorable Michael A. Hammer, U.S.M.J.