Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*
*LG Electronics, Inc.*
*and LG Electronics USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-19234 (SRC)(MAH)<br><br>**NOTICE OF MOTION**<br>**FOR JUDGMENT ON THE PLEADINGS**<br><br>**Oral Argument Requested**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that, in accordance with the schedule set forth in the Court's Order (D.E. 164), the undersigned counsel for Defendants LG Electronics, Inc. ("LGE") and LG Electronics USA, Inc. ("LGE USA") (collectively, "Defendants"), shall move before the Honorable Stanley R. Chesler, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order granting judgment in Defendants' favor pursuant to Fed. R. Civ. P. 12(c).

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, Declaration of Liza M. Walsh with exhibits annexed thereto, and any subsequent reply submissions, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE THAT** a Proposed Order is also submitted for the Court's consideration.

Dated: April 21, 2025

Respectfully submitted,

*s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100

*Of Counsel*:
Matthew Satchell (*pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606
(312) 368-4000

Martin Ellison (*pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
(310) 595-3000

Gregory J. Ferroni
DLA Piper LLP (US)
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103
(215) 656-2439

*Attorneys for Defendants*
*LG Electronics, Inc.*
*and LG Electronics USA, Inc.*