# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>      Plaintiff,<br>v.<br><br>LG ELECTRONICS INC., and LG ELECTRONICS U.S.A., INC.,<br><br>      Defendants. | Civil Action No. 2:21-cv-19234 (SRC)(MAH)<br><br>*Filed Electronically* |

## DECLARATION OF LIZA M. WALSH IN SUPPORT OF DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

I, Liza M. Walsh, declare as follows:

1. I am an attorney with Walsh Pizzi O'Reilly Falanga, LLP, counsel for Defendants LG Electronics, Inc. ("LGE") and LG Electronics USA, Inc. (LGE USA") (collectively, "Defendants") in connection with the above-captioned case.

2. I submit this Declaration in support of Defendants LG Electronics Inc.'s and LG Electronics U.S.A., Inc.'s Rule 12(c) Motion for Judgment on the Pleadings.

3. Attached as Exhibit A to this declaration is a true and correct copy of the Opinion entered in *Apple Inc., et al. v. Gesture Technology Partners, LLC*, No. 2023-1501 (Fed. Cir. Jan. 27, 2025), ECF No. 66,

4. Attached as Exhibit B to this declaration is a true and correct

copy of the Opinion entered in *In re Gesture Technology Partners, LLC*, No. 2024-1038 (Fed. Cir. Jan. 27, 2025), ECF No. 49.

I declare that the foregoing statements made by me are true.

Dated: April 21, 2025                      Respectfully submitted,

                                            *s/ Liza M. Walsh*
                                            Liza M. Walsh