IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., AND LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-19234 (SRC)(MAH)<br><br>*Filed Electronically* |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

**THIS MATTER** having been opened by counsel for Defendants LG Electronics, Inc. ("LGE") and LG Electronics USA, Inc. ("LGE USA") (collectively, "Defendants") for the entry of an Order granting judgment in Defendants' favor pursuant to Fed. R. Civ. P. 12(c); and the Court having considered all papers filed in support; and any submission in opposition;

**IT IS** on this _____ day of _____, 2025

**ORDERED** that Defendants' Rule 12(c) Motion for Judgment on the Pleadings is **GRANTED**; and it is further

**ORDERED** that that Complaint is dismissed with prejudice.

**SO ORDERED.**

_____
HON. STANLEY R. CHESLER, U.S.D.J.